UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  CHAPTER 13
GREGORY T. EVANS
MARY A. EVANS  CASE NO. 13-81550

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   JPMorgan Chase            **Court claim #: 5**

**Last four digits** of any number used to identify the debtor's account:  6308

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $532.57 |
| Amount Paid by Trustee | $532.57 |

| *Monthly ongoing Mortgage Payment* | | |
|---|---|---|
| Mortgage is paid: | | |
| ☐  Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  4/23/18               /s/Lydia S. Meyer
                              Lydia S. Meyer, Trustee
                              308 W. State St., Suite 212
                              Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 23rd Day of April, 2018

Dated:  4/23/18               /s/Cynthia K. Burnard

JPMORGAN CHASE BANK NAT'L ASSOCIATION
3415 VISION DRIVE
MAIL CODE OH-7133
COLUMBUS, OH 43219

METLIFE HOME LOANS
BANKRUPTCY DEPARTMENT
4000 HORIZON WAY
IRVING, TX  75063

JPMORGAN CHASE BANK NA
CHASE RECORDS CENTER/CORR MAIL
MC: LA4-555 700 KANSAS LANE
MONROE, LA 71203

GREGORY T. EVANS
MARY A. EVANS
6513 SWEET BAY DRIVE
BULL VALLEY, IL  60050

THE LAW OFFICES OF DAVID L. STRETCH
ATTORNEY DAVID L. STRETCH
5447 WEST BULL VALLEY ROAD
MCHENRY, IL  60050-7410